UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SANDRA GUTIERREZ,  :
    Plaintiff,  :
:
v.  : Civil No. 1:06CV02217
: Judge Richard W. Roberts
RED COATS, INC.,  :
    Defendant.  :

### *CONSENT MOTION TO EXTEND TIME FOR DEFENDANT TO ANSWER/OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT*

Pursuant to LCvR 7, Defendant Red Coats, Inc. ("Defendant") requests the Court grant it an extension until and including February 7, 2007 to answer or otherwise plead in response to Plaintiff Sandra Gutierrez's ("Plaintiff") Complaint. As grounds for its request, Defendant submits that it only recently retained counsel to represent it in the above-captioned case. Counsel needs additional time to investigate the allegations in the Complaint for purposes of filing the appropriate answer or responsive pleading.

Pursuant to LCvR 7(m), Defendant's counsel requested Plaintiff's counsel's consent to the requested relief. Plaintiff's counsel has communicated to Defendant's counsel that Plaintiff consents to the requested extension.

WHEREFORE, Defendant respectfully requests the Court GRANT its motion, extend the time for Defendant to answer or otherwise plead in response to Plaintiff's Complaint until and including February 7, 2007, and for such further relief the Court deems appropriate.

Respectfully submitted,

FUREY, DOOLAN & ABELL, LLP

By: /s/ Michael F.X. Dolan, Jr.
    Michael F.X. Dolan, Jr., #430078
    Michael A. Dymersky, #370593
    8401 Connecticut Avenue
    Suite 1100
    Chevy Chase, MD 20815
    (301) 652-6880

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January 2007, a copy of the foregoing document was mailed first class mail, postage prepaid, to Jayesh Rathod, Esquire, International Human Rights Law Clinic, Washington College of Law, American University, 4801 Massachusetts Avenue, Suite 417, Washington, D.C. 20016, attorneys for plaintiff.

/s/ Michael F.X. Dolan, Jr.
Michael F.X. Dolan, Jr.

Case 1:06-cv-02217-AK    Document 2    Filed 01/29/2007    Page 3 of 3