UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SANDRA GUTIERREZ,                :
                                 :
    Plaintiff,                   :
                                 :
v.                               :   Civil No. 1:06CV02217
                                 :   Judge Richard W. Roberts
RED COATS, INC.,                 :
                                 :
    Defendant.                   :

### CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Pursuant to LCvR 7.1, Defendant Red Coats, Inc. ("Defendant") submits the following disclosure of corporate affiliations and financial interests.  I, the undersigned counsel of record for Defendant Red Coats, Inc., certify to the best of my knowledge and belief, that it has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

        Respectfully submitted,

        FUREY, DOOLAN & ABELL, LLP

        By: /s/ Michael F.X. Dolan, Jr.
            Michael F.X. Dolan, Jr., #430078
            Michael A. Dymersky, #370593
            8401 Connecticut Avenue
            Suite 1100
            Chevy Chase, MD 20815
            (301) 652-6880
            Attorneys for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January 2007, a copy of the foregoing document was mailed first class mail, postage prepaid, to Jayesh Rathod, Esquire, International Human Rights Law Clinic, Washington College of Law, American University, 4801 Massachusetts Avenue, Suite 417, Washington, D.C. 20016, attorneys for plaintiff.

        /s/ Michael F.X. Dolan, Jr.
        Michael F.X. Dolan, Jr.