UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SANDRA GUTIERREZ, :
:
    Plaintiff, :
:
v. : Civil No. 1:06CV02217
: Judge Richard W. Roberts
:
RED COATS, INC., :
:
    Defendant. :

## NOTICE OF FILING PROPOSED ORDER

Madam Clerk:

    Please file the attached proposed Order in connection with the Consent Motion to Extend Time for Defendant to Answer/Otherwise Pleads in Response to Plaintiff's Complaint filed January 29, 2007.

                    Respectfully submitted,

                    FUREY, DOOLAN & ABELL, LLP

                    By: /s/ Michael F.X. Dolan, Jr.
                    Michael F.X. Dolan, Jr., #430078
                    Michael A. Dymersky, #370593
                    8401 Connecticut Avenue, Suite 1100
                    Chevy Chase, MD 20815
                    (301) 652-6880

                    Attorneys for Defendant

### CERTIFICATE OF SERVICE

    I hereby certify that on this 30th day of January 2007, a copy of the foregoing document was served by filing with the Court's CM/ECF system upon Jayesh Rathod, Esquire, International Human Rights Law Clinic, Washington College of Law, American University, 4801 Massachusetts Avenue, Suite 417, Washington, D.C. 20016, attorneys for plaintiff.

                    /s/ Michael F.X. Dolan, Jr.
                    Michael F.X. Dolan, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SANDRA GUTIERREZ, :
:
    Plaintiff, :
:
v. : Civil No. 1:06CV02217
: Judge Richard W. Roberts
RED COATS, INC., :
:
    Defendant. :

### *ORDER GRANTING DEFENDANT'S CONSENT MOTION TO EXTEND TIME FOR IT TO ANSWER/OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT*

Upon consideration of Defendant Red Coats, Inc.'s Consent Motion to Extend Time for Defendant to Answer or Otherwise Plead in Response to Plaintiff's Complaint, and it appearing that Plaintiff Sandra Gutierrez consents to the requested relief and that good cause exists for such relief, it is this ___ day of _____, 2007,

ORDERED that Defendant's Consent Motion to Extend Time for Defendant to Answer or Otherwise Plead in Response to Plaintiff's Complaint be, and hereby is, GRANTED; and

ORDERED further that Defendant Red Coats, Inc. shall have until and including February 7, 2007 to answer or otherwise plead in response to Plaintiff's Complaint.

_____
United States District Court Judge