UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 7 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SANDRA GUTIERREZ )
)
)
)
)
V. ) Case No. 06cv02217
)
)
RED COATS, INC. )
)
)
)
)
)

**TO BE COMPLETED BY THE CLIENT FOR WHOM THE STUDENT IS RENDERING SERVICES:**

I authorize __Frislanda S. Goldfeder__, a law student, to appear in court or at other proceedings on my behalf and to prepare documents on my behalf. I am aware that he/she is not admitted to the bar and that he/she will appear pursuant to the Student Practice Rule of the United States District Court for the District of Columbia.

__01-24-07__
Date

__[signature]__
Signature of Client

**TO BE COMPLETED BY THE LAW STUDENT'S SUPERVISING ATTORNEY:**

I am a member of the bar of this Court and have been certified as a supervising attorney by the Dean of __Washington College of Law-American Univ.__ Law School and by the United States District Court for the District of Columbia. I will carefully supervise all of the above-named student's work. I authorize this student to appear in court or at other proceedings and to prepare documents. I will accompany the student at such appearances and sign all documents prepared by the student. I assume personal responsibility for his/her work.

__1-27-07__
Date

__[signature]__
Signature of Supervising Attorney

Approved: __2/5/07__
Date

__[signature]__
Signature of Trial Judge

Rev 4/94