UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SANDRA GUTIERRREZ,
          Plaintiff,

v.

RED COATS, INC.,
          Defendant.

Civil Action No. 06-2217  (AK)

## **ORDER**

THE PARTIES HAVING CONSENTED TO THIS CASE BEING REFERRED TO THE UNDERSIGNED FOR ALL PURPOSES AND TRIAL, AND THE COURT HAVING HELD AN INITIAL SCHEDULING CONFERENCE VIA TELEPHONE, ON APRIL 10, 2007, IT IS THIS 10TH DAY OF APRIL, 2007, HEREBY

**ORDERED**:

1. THIS CASE IS REFERRED FOR MEDIATION.

2. THE PARTIES SHALL ATTEND THE MEETING WITH THE MEDIATOR.

3. IF THE CASE SETTLES IN WHOLE OR IN PART, THE PARTIES SHALL ADVISE THE COURT OF THE SETTLEMENT BY AN APPROPRIATE FILING.

4. THE MEDIATION EFFORTS SHOULD BE CONCLUDED BY MAY 11, 2007, AT WHICH TIME THE PARTIES ARE TO NOTIFY JUDGE KAY'S CHAMBERS AND, IF NECESSARY, SCHEDULE A STATUS CONFERENCE BEFORE JUDGE KAY.

THE CLERK OF THE COURT IS DIRECTED TO FURNISH A COPY OF THIS ORDER, TOGETHER WITH A COPY OF THE COURT DOCKET SHEET, TO THE CIRCUIT EXECUTIVE FOR THE PURPOSE OF ASSIGNING A MEDIATOR.

                                          _____/S/_____
                                          ALAN KAY
                                          UNITED STATES MAGISTRATE JUDGE