UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SANDRA GUTIERREZ,
                Plaintiff,
v.

RED COATS, INC.,
                Defendant.

Civil Action No. 06-2217 (AK)

## SCHEDULING ORDER

The parties having consented to this case being referred to the undersigned for all purposes and trial, and the Court having held an initial Scheduling Conference on April 10, 2007, it is this 10th day of April, 2007,

**ORDERED** that the parties will comply with the following schedule:

| | | |
|---|---|---|
| 1. | Initial Disclosures due | April 16, 2007 |
| 2. | Deadline for Post Rule 26(a) Discovery Requests | April 30, 2007 |
| 3. | ADR referral ends | May 11, 2007 |
| 4. | Proponent's Rule 26(a)(2) Statements | May 21, 2007 |
| 5. | Opponent's Rule 26(a)(2) Statements | June 25, 2007 |
| 6. | Close of Discovery | September 1, 2007 |
| 7. | Telephonic Status Conference (to be initiated by counsel) | September 7, 2007 10:00 a.m. |

The parties may request a mutual modification of any of these Scheduling Order dates by jointly contacting chambers. The parties will be limited to 7 depositions per side.

                                                    _____/s/_____
                                                    ALAN KAY
                                                    UNITED STATES MAGISTRATE JUDGE