UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SANDRA GUTIERREZ,                :
                                 :
    Plaintiff,                   :
                                 :
v.                               :   Case No. 1:06-CV-2217 (AK)
                                 :
RED COATS, INC.,                 :
                                 :
    Defendant.                   :
                                 :
                                 :

## STIPULATION OF DISMISSAL

The parties, by undersigned counsel, respectfully request that the above-referenced matter be dismissed with prejudice against Defendant Red Coats, Inc., pursuant to the parties' resolution of this matter and Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

| AMERICAN UNIVERSITY INTERNATIONAL HUMAN RIGHTS LAW CLINIC | FUREY, DOOLAN & ABELL, LLP |
|---|---|
| By: /s/ Jayesh M. Rathod<br>Jayesh M. Rathod [# 480094]<br>Washington College of Law<br>American University<br>4801 Massachusetts Avenue, NW<br>Suite 417<br>Washington, DC 20016<br>Tel. (202) 274-4459<br>Fax (202) 274-0659<br>jrathod@wcl.american.edu<br><br>*Attorney for Plaintiff* | By: /s/ Michael F.X. Dolan, Jr.<br>Michael F.X. Dolan, Jr. [#430078]<br>Michael A. Dymersky [#370593]<br>8401 Connecticut Avenue, NW<br>Suite 1100<br>Chevy Chase, MD 20815<br>Tel. (301) 652-6880<br>Fax. (301) 652-8972<br>mdolan@fdalaw.com<br><br>*Attorneys for Defendant* |